

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00422-CV

AMERICAN INTERNATIONAL
GROUP, INC.                                                                APPELLANT

V.

JAIME PEREZ                                                                      APPELLEE

------------

FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY
TRIAL COURT NO. 2015-006081-2

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

------------

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  KERR, J.; LIVINGSTON, C.J.; PITTMAN, J.

DELIVERED:  March 30, 2017